IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROBYN PLACE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:11-cv-00606-WKW |
| | ) |
| PILGRIM'S PRIDE CORPORATION, | ) |
| and JAMIE HOLMES, | ) |
| | ) |
| Defendants. | ) |

## PILGRIM'S PRIDE CORPORATION'S RESPONSES TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION AND FIRST SET OF INTERROGATORIES

COMES NOW Defendant Pilgrim's Pride Corporation, and for its responses to Plaintiff's Second Request for Production and First Set of Interrogatories states as follows:

### REQUESTS FOR PRODUCTION

1. Please provide copies of any and all contracts, retainers, agreements, fees paid, fees billed/submitted, applicable indemnification policies, and/or terms of legal representation that exist between the Defendant and/or an agent (inclusive of fiduciaries and/or insurance carriers) of the Defendant, Jaime [sic] Holmes and/or Dale Marsh or the law firm of Dale Marsh, or which exist between the Defendant and/or an agent of the Defendant (inclusive fiduciaries and/or insurance carriers) and Dale Marsh or the law firm of Dale Marsh, or any third party, on behalf of Jaime [sic] Holmes. Please see *Hope for Families & Cmty. Serv. v. Warren*, 2009 U.S. Dist. LEXIS 5253 (M.D. Ala. Jan. 26, 2009) (court found that requested documents evidencing legal fees are not protected by the attorney-client privilege); *O'Neal v. United States*, ("the law


EXHIBIT B

of this circuit that information involving receipt of attorneys' fees from a client is not generally privileged.") 258 F.3d 1265, 1276 (11th Cir. 2001); citing *In re Slaughter*, 694 F.2d 1258, 1260 (11th Cir. 1982).

**RESPONSE TO REQUEST NO. 1:** Defendant Pilgrim's Pride Corporation objects to this request on the basis of attorney-client and work product privilege and to the extent that it seeks information not in its possession or control.

## INTERROGATORIES

1. Please identify the name/alias, last known business and/or home address and telephone number(s) or other known contact information of each of the following individuals: Dewayne "Twin" Houston, Keith Thompson, Mario Martin, Tierra Cathey, Valencia "V" Williams, Adrian McKinzie, Nikki Lundy, Shawana Swain, Wyne "Wayne" Battle, Darius Johnson, James Reynolds, Cassie "Casey" Lane, "Money," and Regina Smith.

**ANSWER TO INTERROGATORY NO. 1:** Defendant Pilgrim's objects to this Request to the extent it seeks to obtain attorney work product, attorney-client privilege and documents obtained in anticipation of litigation and/or trial. Without waiving this objection, to the best of Defendant Pilgrim's knowledge, the following is the last known information for the following individuals, although no information was located for a "Darius Johnson" or "Money."

| Dewayne "Twin" Houston<br>Route 3, Box 398-M<br>Opelika, AL 36801<br>334-707-9013 | Keith Thompson<br>242 Shadow Lane<br>Greenville, AL | Mario Martin<br>P.O. Box 238<br>1585 South Hill Crest<br>Margaret, AL 35112<br>205-405-1653 |
|---|---|---|
| Tierra Cathey<br>1620 Boswell Street<br>Elba, AL 36330<br>334-897-573 | Valencia "V" Williams<br>206 N. Reed Street<br>Enterprise, AL 36330<br>334-393-4775 | Adrian McKinzie<br>1255 North Eufaula Avenue, Lot 75<br>Eufaula, AL 36027 |

| Nikki Lundy<br>100 Lunsford CR Lot 56<br>Opp, AL 36467<br>334-658-1583 | Shawana Swain<br>1838 Hwy 29S Lot 31<br>Homestead Park<br>Troy, AL 36079<br>334-735-2141 | Wyne "Wayne" Battle<br>c/o Ms. Delores McCallose<br>2602 Academy Drive<br>Huntsville, AL 35811 |
|---|---|---|
| James Reynolds<br>3655 Chambers Hill Road<br>Harrisburg, PA 174103 | Cassie "Casey" Lane<br>504 West Park Avenue<br>Enterprise, AL<br>334-477-9030 | Regina Smith<br>803 Morton Road<br>Fort McClellan, AL 36205<br>334-432-4160 |

2. For each individual listed in Interrogatory No. 1, please state whether the Defendant, an employee and/or agent of the Defendant, or anyone acting on the Defendant's behalf has contacted any of these individuals regarding the current suit, Plaintiff's claims in the current suit, and/or the defendants' defenses in the current suit. If such contact has occurred, please list which individuals have been contacted and for each list the date(s) of contact, the location and/or method of contact *(i.e., in person, via phone, etc.)* and whether or not a written statement of any kind was taken from each individual as a result of such contact.

**ANSWER TO INTERROGATORY NO. 2: Defendant Pilgrim's objects to this Request to the extent it seeks to obtain attorney work product , attorney-client privilege and documents obtained in anticipation of litigation and/or trial.**

3. Please list the names and/or aliases of each individual who formerly worked and/or currently works for Pilgrim's Pride via the work release program which the Defendant, an employee and/or agent of the Defendant, or anyone acting on the Defendant's behalf has contacted regarding the current suit, Plaintiff's claims in the current suit, and/or the defendants' defenses in the current suit. For each person listed, please provide their last known business and/or home address and telephone number(s) or other known contact information; please list the date(s) of contact with each person; the location and/or method of contact *(i.e., in person, via*

*phone, etc.)*; and whether or not a written statement of any kind was taken from each individual as a result of such contact.

**ANSWER TO INTERROGATORY NO. 3:** **Defendant Pilgrim's objects to this Request to the extent it seeks to obtain attorney work product, attorney-client privileged information and documents obtained in anticipation of litigation and/or trial. Further, the information sought and without restriction in time is overly broad and burdensome. In the last five years alone, more than 530 work release employees have been employed at one time or another at the Enterprise facility. Without waiving this objection, Defendant Pilgrim's has not contacted any work release individuals.**

Dated this 28th day of March, 2013.

PILGRIM'S PRIDE, Defendant

By: _____
A. Stevenson Bogue, (Nebraska Bar #15509)
McGrath North Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102
Telephone: (402) 633-1491
Facsimile: (402) 952-1891
Email: sbogue@mcgrathnorth.com

and

Jennifer J. McGahey (JOE001)
Bradley Arant Boult Cummings, LLP
1819 Fifth Avenue North
Birmingham, AL 35203-2119
Telephone: (205) 521-8000
Facsimile: (205) 521-8800
Email: jmcgahey@babc.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of March, 2013, the above and foregoing Defendant Pilgrim's Pride Corporation's Responses to Plaintiff's Second Request for Production and Answers to Plaintiff's First Set of Interrogatories was served via electronic mail and first class United States mail postage pre-paid upon the following:

Temple D. Trueblood, Esq.
Jon C. Goldfarb, Esq.
Wiggins Childs Quinn & Pantazis LLC
The Kress Building
301 19th Street North
Birmingham, AL 35203
tdt@wcqp.com

Bobbie S. Crook, Esq.
367 South St. Andrews Street
Dothan, AL 36301
bcrook100@aol.com

Michael P. Lasseter
Lee & Lasseter, P.C.
P.O. Box 129
Geneva, AL 36340
mikelasseter@centurytel.net

M. Dale Marsh
Marsh, Cotter & Stewart, LLP
203 E. Lee Street
Enterprise, AL 36331
mdmenterpriselawyers.com

A. Stevenson Bogue